No. 81–5610. GREEN *v.* BEAVER ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–2005. WALSH *v.* FORD MOTOR CO. ET AL. Ct. App. Ohio, Lorain County. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–452. HOLTON, CHIEF INVESTIGATOR, SELECT COMMITTEE ON AGING, U. S. HOUSE OF REPRESENTATIVES, ET AL. *v.* BENFORD. C. A. 4th Cir. Motion of Thomas P. O'Neill, Jr., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.